UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MARY ELLEN JARAMILLO** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO.** |
| **EQUIFAX INFORMATION SERVICES, LLC** | * | **SECTION " "** |
| | * | **MAG. NO. " "** |

\* \* \* \* \* \* \*

## COMPLAINT

**NOW INTO COURT,** through undersigned counsel, comes Mary Ellen Jaramillo, who respectfully represents as follows:

1.

Plaintiff herein is Mary Ellen Jaramillo, an individual over the age of majority, currently residing in the country of Columbia.

2.

Defendant herein is Equifax Information Services, LLC ("Equifax"), a foreign corporation authorized to do and doing business in this Parish and State.

3.

Plaintiff's claim arises under the provision of the Fair Credit Reporting Act, 15 U.S.C. §1681 *et seq.* and the Louisiana Unfair Trade Practices Act LSA R.S. 51:1915 *et seq.* This Court has jurisdiction pursuant to 15 U.S.C. §1681(p).

4.

Defendant is a credit reporting agency and in the business of gathering and creating credit information on consumers, such as plaintiff, and then supplying this information to third parties.

5.

On or about March 21, 2008, plaintiff learned that she had been denied a simple credit card through Home Depot. Shortly thereafter, she learned that she was denied a loan for a home she was purchasing, despite previously being advised she should have no trouble obtaining this loan.

6.

Upon further inquiry, it was determined that the reason for these denials was due to a poor credit score reported by the defendant.

7.

Two of the other three major credit reporting bureaus showed plaintiff with an exemplar credit history; however, due to numerous errors, the credit report prepared by defendant, Equifax, was approximately 300 points lower than the others.

8.

Plaintiff's credit report contained errors including incorrect social security numbers, incorrect date of birth, improper name, employment history, among numerous other errors or omissions.

9.

Plaintiff spent countless amount of hours attempting to resolve this matter with defendant, but the errors were never fully corrected. In addition, plaintiff has spent countless amount of hours communicating with third parties who have been contacting her based upon the misinformation Equifax provided them. Plaintiff's efforts to try and correct the errors provided to these third parties, which include collection agencies, have mostly been in vain.

10.

The errors committed by defendant, Equifax, caused direct financial harm to plaintiff including the inability to secure an interest rate on her home at a rate for which she was advised she would have qualified but for Equifax's errors.

11.

Defendant's actions also directly resulted in being harassed by numerous collection agencies and other third parties as a result of the incorrect information supplied to them by Equifax. This harassment is ongoing.

12.

Plaintiff has suffered severe and continuing injuries including, but not limited to, loss of good credit standing, failures to obtain credit, mental pain and anguish, embarrassment and humiliation, emotional distress, invasion of privacy, loss of social pleasure, depression, and loss of business opportunity, among other damages that will be shown at trial.

13.

The willful and/or negligent actions of defendant, Equifax, are in violation of the Fair Credit Reporting Act, 15 U.S.C. §1681 *et seq.*, as well as the Louisiana Unfair Trade Practices Act LSA R.S. 51:1915 *et seq.*

**WHEREFORE**, plaintiff, Mary Ellen Jaramillo, requests that this Complaint be filed and that the defendant, Equifax Information Services, LLC, be duly cited and served with a copy of this Complaint and that after all legal delays by law have elapsed and due proceedings are had, that there be judgment herein in favor of Mary Ellen Jaramillo and against defendant for such sums as will be proven at the trial of this matter, including, but not limited to, actual damages, pain and suffering damages, reasonable attorney's fees, punitive damages, court costs, pre- and post-judgment interest and for all general and equitable relief to which she is entitled.

Respectfully submitted,

  /s/ Edward P. Gothard
Philip R. Adams, Jr., Bar No.: 25549
Edward P. Gothard, Bar No.: 16775
**NOWALSKY, BRONSTON & GOTHARD**
**A Professional Limited Liability Company**
1420 Veterans Memorial Boulevard
Metairie, Louisiana 70005
Telephone: (504) 832-1984
Facsimile: (504) 831-0892
E-mail: adams@nbglaw.com
E-mail: egothard@nbglaw.com

Attorneys for Plaintiff, Mary Ellen Jaramillo